UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH VASAPOLLI (Individual),
Plaintiff,

v.

THE PRESIDENT OF THE UNITED STATES,
U.S. DEPARTMENT OF JUSTICE (DOJ),
FEDERAL COMMUNICATIONS COMMISSION (FCC),
FEDERAL ELECTION COMMISSION (FEC),
Defendants.

EMERGENCY COMPLAINT FOR CONSTITUTIONAL VIOLATIONS & $200,000,000 JUDGMENT

I. STATEMENT OF CLAIM:

   Plaintiff is currently in active heart failure (11th event) caused directly by government-ordered intervention.

 2.   Plaintiff was unlawfully seized and placed in a mental institution against his will, held in handcuffs for five (5) hours, and injected with GHB without consent.

 3.   This non-consensual medical intervention directly caused Plaintiff's initial heart attack and the subsequent sequence of 11 heart surgeries/events.

 4.   Despite formal notice via SAM.gov (P4021552) and notifications to the DOJ, FCC, and FEC, the Defendants have willfully refused to provide restitution or cease interference, violating the 4th, 5th, and 8th Amendments.

II. RELIEF REQUESTED:

 1.   Immediate $200,000,000.00 Judgment for battery, kidnapping, and constitutional torts.

 2.   Emergency injunction to provide immediate medical funding for the 11th heart surgery.